PER CURIAM.
Affirmed. As we did in Lee v. State, 854 So.2d 709 (Fla. 2d DCA 2003), we certify the following question to the Supreme Court of Florida as one of great public importance:
MAY AN INDIVIDUAL BE COMMITTED UNDER THE JIMMY RYCE ACT IN THE ABSENCE OF A JURY INSTRUCTION THAT THE STATE MUST PROVE THAT THE INDIVIDUAL HAS SERIOUS DIFFICULTY IN CONTROLLING HIS OR HER DANGEROUS BEHAVIOR?
ALTENBERND, C.J., and NORTHCUTT and STRINGER, JJ., Concur.